■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL GIRAUD, Appellant. [814 NYS2d 543]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 27, 1993 (*People v Giraud*, 199 AD2d 532 [1993]), affirming a judgment of the Supreme Court, Kings County, rendered February 18, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Miller and Adams, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYANT HOWARD, Appellant. [814 NYS2d 544]—Appeal by the defendant, as limited by his motion, from two sentences of the County Court, Suffolk County (Doyle, J.), both imposed March 28, 2005.

Ordered that the sentences are affirmed (*see People v Robinson*, 13 AD3d 399 [2004]; *People v Mejia*, 6 AD3d 630 [2004]). Schmidt, J.P., Goldstein, Rivera and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY IRVING, Appellant. [814 NYS2d 544]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Hayes, J.), rendered January 7, 2004, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Miller, J.P., Ritter, Luciano, Spolzino and Dillon, JJ., concur.